UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

WILLIAM JEFFREY-DAVIS EDWARDS,
(a.k.a. "D-WEEZY")
DAKOTA DALE WALTERS, and
MICHAEL RAY NOBLE II,

        Defendants.
_____/

No. 1:16-CR-132

Hon. Gordon J. Quist
United States District Judge

## FINAL ORDER OF FORFEITURE

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

1. That the following property (the "Subject Property") is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

    a. Gold Samsung Galaxy J34, Model SM-J320P, LMY47XJ320PVPYAOL2,
    b. Black and Silver, Alcatel One Touch, Model 5017b, and
    c. Black AT&T ZTE Model Z812 serial number 327BF31408E7.

2. That all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America, and that the Subject Property shall be disposed of by the United States Department of Homeland Security - Customs and Border Protection/ and or its designee according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**


Dated:  August 10, 2018                             /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                                    United States District Judge